# SAINT PATRICK'S DAY, 2004

Clerk of the Court

United States District Court
Eastern District of Illinois
( 7th Circuit )

DOCKETED
MAY 17 2004
JUDGE NORGLE

MAGISTRATE JUDGE ASHMAN

Glendora,
           Plaintiff

versus

Robert S. Lasnik
1010 5th AV
Seattle, Washington 98104

Carol B. Amon and
Robert C. Heinemann and
Ralph Vega
225 Cadman Plaza East
Brooklyn, NY 11201

Defendants ___ Boudin and
___ Lynch and
___ Howard and
___ DeClerico and
Susan J. Krueger
1 Courthouse Way
Boston, Massachusetts 02210

04C 3432

FILED
MAY 14 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

VERIFIED

COMPLAINT

JURY TRIAL DEMANDED

21

1-1

**JUDGE NORGLE**
**MAGISTRATE JUDGE ASHMAN**

(12/96) **CIVIL COVER SHEET**

JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as re[quired by] law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for t[he use of] the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
GLENDORA

**DEFENDANTS**
DOCKETED Robert S. Lasnik et. al.
MAY 17 2004

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

04C 3432

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
PRO SE
P.O. BOX 124
GHENT, NY 12075

ATTORNEYS (IF KNOWN)

**FILED**
04C 3432 MAY 14 2004
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES ☐ NO

**VIII.** This case ☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 05-14-04
SIGNATURE OF ATTORNEY OF RECORD
DID NOT SEND CIVIL COVER SHEET - [signature]

| |
|---|
| Defendants Carolyn Dineen King and Charles R. Fulbruoge III and Kim Folse and Michael Brown and Shelley E. Saltzman and Patrick E. Higgenbothom and W. Eugene Davis 600 Camp St New Orleans, La 70130 |
| Defendants Tom S Lee and J. T. Noblin 245 E Capitol St Jackson, Mississippi 39201 |
| Defendants John M. Walker and Roseann B. Mackechnie and Gerard Whidbee and Stanley A. Hader 40 Foley Square New York, NY 10007 |
| Defendants ___ Fernandez and ___ Tallman 95 7th St San Francisco, Ca 94119 |

John Bauer and
Peter Coviello and
John Bright and
Rhoda Freeman and
Contrarian Capital
 Management
411 West Putnam Av
Greenwich, Ct 06830

Community Television
of Prince George's
County and
Sherry Byrnes and
Gina Hammond Jordan
9475 Lottsford Rd
Largo, Maryland 20774

Ginsburg, Sentelle, Henderson,
Randolph, Rogers, Tatel, Garland,
Hogan, Urbina, Sullivan, Robertson,
Kollar-Kotelly and Kennedy,
and Harry T. Edwards
333 Constitution Ave NW
Washington, DC 20001

M

| |
|---|
| Monica Connell<br>120 Broadway 27th floor<br>NY, NY 10271 |
| 4 Robert E. Gerber<br>1 Bowling Green<br>New York, NY 10004 |
| Tracy Hope Davis<br>33 Whitehall St, 21st fl<br>N.Y. NY 10004 |
| Marc Abrams and<br>Morris J. Massel and<br>Shelley C. Chapman and<br>Wilkie Farr & Gallagher<br>787 Seventh Av<br>NY, NY 10019 |
| Nasty Natalia and<br>Brat Sister Lydia and<br>Maria mother and<br>father and<br>brother Carlos and<br>Preferred Country Properties<br>19 Center Square<br>Chatham, NY 12037 |

| |
|---|
| Village of Chatham, NY and Chatham Police<br>77 Main St<br>Chatham, NY 12037 |
| George C. Dixon and Jo Ann Dixon<br>77 Main St<br>Chatham, NY 12037 |
| James Kleinbaum<br>18 Park Row<br>Chatham, NY 12037 |
| Defendants. |

5

1. This is a verified complaint. Under penalty of perjury, Glendora asseverates she is telling the truth, the whole truth and nothing but the truth; so help her, God.

2. Defendants have not.

3. And for This they are being sued pursuant to criminal code 18 USC § 1001.

4. This is a Rule 8, Federal Rules of Civil Procedure, notice complaint.

5. Glendora proffers the papers that exhibit the violations of each defendant. Defendants showed no acumen covering up their tracks.

6. This court has subject-matter jurisdiction because of federal question and/or diversity of citizenship.

7. This court has venue because this is a civil rights action. A civil rights action can be brought in any federal court in the USA.

8 Most defendants are state actors. All are liable to Glendora under Title 42 US Code Section 1983, civil rights.

9 All are liable under 42 USC §1985, conspiracy.

10 By Rule 12, Federal Rules of Civil Procedure, this Court must accept Glendora's allegations as true.

11 Remember Glendora has a constitutional right to be pro se. If you have a problem with that, actuate 28 USC §144 and §355 a man.

12 This action is a legal proceeding by which Glendora enforces and demands her rights in a court of justice.

13 Pro-se, civil-rights actions cannot be dismissed until plaintiff has the opportunity to ...

— F.3d —
(Cite as: 1995 WL 15830 (2nd Cir.(N.Y.)))

GLENDORA, Plaintiff-Appellant,

v.

CABLEVISION SYSTEMS
CORPORATION, Charles F. Dolan,
William J. Bell, Marc A.
Lustgarten, Francis F. Randolph, Jr.,
John Tatta, James A. Kofalt, Joseph
Azznara, Thomas Garger and William
Quinn, Defendants-Appellees.

Nos. 290, 94-7289.

United States Court of Appeals,
Second Circuit

Jan. 11, 1995.

## VAN GRAAFEILAND

*1 Glendora who prefers to be known simply as 'Glendora', appeals from a judgment of the United States District Court for the Southern District of New York (Brieant, J.) dismissing her ... se complaint pursuant to Fed.R.Civ.P. 12(b)(6) for failure to state a claim upon which relief can be granted. Like many pro se complaints, Glendora's is verbose where verbosity is unnecessary and sparse where causal allegations are required. However, in view of the well-settled rule, particularly applicable in pro se civil rights actions, that a complaint should not be dismissed " 'unless it appears beyond doubt that the plaintiff can prove no set of facts in support' of [her] claim which would entitle [her] to relief,' " Branum v. Clark, 927 F.2d 698, 705 (2d Cir.1991) (quoting Conley v. Gibson, 355 U.S. 41, 45–46 (1957)), we remand to the district court for further consideration.

— F.3d —
(Cite as: 1995 WL 15830, *2 2nd Cir.(N.Y.))

Cable Communications Policy Act of 1984, as amended and supplemented by the Cable Television Consumer Protection and Competition Act of 1992, codified principally in 47 U.S.C. Subchapter V-A of Chapter 5, §§ 521, et seq. To the extent, if any, that the state and federal statutes differ, the federal statutes control. See Capital Cities Cable, Inc. v. Crisp, 467 U.S. 691, 698-700 (1984). Cable Television Ass'n of New York, Inc. v. Finneran, 954 F.2d 91, 97-98 (2d Cir.1992). The New York Executive Law provides for the appointment of a commission with general oversight powers with respect to New York cable operations, see §§ 814 and 815, and requires that cable systems be franchised by the municipalities in which they provide service, § 819. [FN1] It also contains a broad proscription against "censorship" by the commission, the municipality and the cable company itself. See § 829. Section 531 of 47 U.S.C. provides for the establishment of cable channels for "public, educational, or governmental use" and section 531(e) limits the cable operator's exercise of editorial control over these channels.

14 Promiscuously defendants violated criminal code 18 USC §1001. Glendora invokes 18 USC § 1961 et seq, Racketeer-Influenced-Crime-Organizations Act (RICO), to provide this court with subject-matter jurisdiction in conjunction with the complaints herein that cite criminal statutes, such as mail fraud, such as tampering with the record, inter alia.

## NO MAGISTRATES

15 No magistrate is to touch Glendora's action in any way without her consent in writing. This is the law, 28 USC § 636

## NO CLERKS

16 Glendora has a Constitutional right to an Article III Judge. She

insists that a United States judge read her complaint, decide her complaint and sign every paper. This complaint is to be adjudicated, decided, determined and pronounced judicially and only judicially. Glendora will suffer no more of this synthetic, artificial and addled hoop-jumping by kid law clerks with acuminate heads. Glendora is adamant hereon.

17 The controlling phrase in all venue laws 28 USC § 1404 → is " in the interest of justice." Congress said what it meant and meant what it said.

18 reserved

19 If you don't give me justice, if you rob me of due process, if you do any of this suasponte stuff, I want my money back. This $150 comes out of my social security. You have a job to do: protect America, enforce the statutes, the US Constitution and the US Code. You get $140,000 plus annually to achieve same.

20 This case has to be litigated by the plaintiff and the defendants. You are not to act as their defense attorney. They have to answer. If they don't, I get Federal-Rules-of-Civil-Procedure default judgment, Rule 55. You

are not to answer for them.

21 By common law, your job is simply to ensure that the rights of both parties are protected. When you cease to do this, you lose jurisdiction (28 US code Sections 144 and 354).

22 Even with the multiple layers of self-interest and the scars taken by your soul to get this job, you can introcept that this is right for America.

21 Glendore will not sign a magistrate-consent form. So such form does not have to be sent. One dissent stops a magistrate consent for all.

22 Please send the summons signed

and embossed by the clerk together with the civic duty form to waive the cost of serving a summons.

16

23. All defendants are sued for mail fraud.

*SEE CASE FILE FOR EXHIBITS*