reviewed by Glendora 6/30/4
memo endorsed by Glendora 6/30/4 Anno Domini
Chaired to Clerk
DOCKETED
JUL 1 9 2004
RECEIVED
JUL 2 [illegible] 
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

**FILED JUL 1 5 2004**
**JUDGE CHARLES R. NORGLE**
**U.S. District Court Judge**

GLENDORA, )
　　　　　　　Plaintiff, )
v. ) CAUSE NO. 04-CV-3432
)
ROBERT S. LASNIK, CAROL B. AMON, ROBERT C. )
HEINEMANN, RALPH VEGA, BOUDIN, LYNCH, )
HOWARD, DECLERICO, SUSAN J. KRUEGER, )
CAROLYN KING, CHARLES R. FULBRUDGE, III, )
KIM FOLSE, MICHAEL BROWN, SHELLY E. SALTZMAN, )
PATRICK E. HIGGENBOTHAM, W. EUGENE DAVIS, )
TOM S. LEE, J T NOBLIN, JOHN M. WALKER, )
ROSEANN B. MACKECHNIE, GERARD WHIDBEE, )
STANLEY A. HADER, FERNANDEZ, TALLMAN, )
JOHN BAUER, PETER COVIELLO, JOHN BRIGHT, )
RHODA FREEMAN, CONTRARIAN CAPITAL MGMNT, )
COMMUNITY TELEVISION OF PRINCE GEORGE'S )
COUNTY, SHERRY BYRNES, GINA HAMMOND )
JORDAN, GINSBURG, SENTELLE, HENDERSON, )
RANDOLPH, ROGERS, TATEL, GARLAND, HOGAN, )
URBINA, SULLIVAN, ROBERTSON, KOLLAR-KOTELLY, )
KENNEDY, MONICA CONNELL, ROBERT E. GERBER, )
TRACY HOPE DAVID, MARC ABRAMS, MORRIS J. )
MASSEL, SHELLY C. CHAMPAN, WILKIE FARR, and )
GALLAGHER, NASTY NATALIA, BRAT SISTER LYDIA, )
MARIA MOTHER, FATHER, BROTHER CARLOS, )
PREFERRED COUNTRY PROPERTIES, CHATHAM, NY, )
VILLAGE OF, CHATHAM POLICE, GEORGE C. DIXON, )
JO ANN DIXON, JAMES KLEINBAUM, )
)
　　　　　　　Defendants. )

## ORDER ENLARGING TIME TO ANSWER

　　This matter came before the Court on the Motion of the Defendants for an automatic enlargement of time within which to answer or otherwise respond to the Plaintiff's Complaint. The Court has reviewed the Motion and finds it well taken.

Mr. Mandel:
Why did you send me this paper.
I had a copy with your 6/23/4 mailing.
This instant paper is not a signed order.
cc to clerk, USDC, Chicago
Glendora
Glendora
Glendora

Derek L. Mandel
Mandel Pollack & Horn, P.C.
8900 Keystone Crossing
Suite 950
Indianapolis, IN 46240

Glendora, Plaintiff pro se
PO Box 124
Ghent, NY 12075

1/30/4/9

12075+0124 01